# United States Bankruptcy Court
## District of Nevada

To:                David Krieger, Esq.

**CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)
E–mail: helpdesk@nvb.uscourts.gov**

Case Number:           09–26846–mkn
Document Number:       56
In Re:                 Salazar
Filed On:              9/5/2010
Title of PDF:          Chapter 13 Plan #3

## THE FOLLOWING DISCREPANCIES HAVE BEEN FOUND ON THE DOCKET:

**Please note: No hearing(s) will be placed on calendar for these document(s).**

☑ Discrepancy:
You are REQUIRED to redocket and attach a corrected image.
Document missing signature(s).

## PLEASE REVIEW THE FOLLOWING DEFICIENCY

☐ Financial Management Course (Official Form 23):

☐ Official Form 23 was not filed. Please file by or your case could be closed
without a discharge and a fee incurred for reopening. If a joint petition is filed, each spouse must complete and file a separate Official Form 23. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

☐ Signature(s) missing from Official Form 23. Please file an amended Official Form 23 by
or your case could be closed without a discharge and a fee incurred for reopening. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

☐ Filing fees are due. A Motion to Reopen Case for the Issuance of a Discharge was filed to allow
the debtor(s) to file Official Form 23. However, the motion was filed without the required filing fee. The case cannot be reopened and a discharge cannot be entered until the filing fee of $ is submitted in full.

☐ Other: